UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Plaintiffs,

-against-

JP RX CORP. et al.,

Defendants.
------------------------------------------------------------------X

Docket No.:
1:22-cv-01248-PKC-LB

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, JP RX Corp. and Abdugani Nabiev (collectively, the "Defendants") that all claims in this action asserted by Plaintiffs against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: March 9, 2023

Rivkin Radler, LLP

*s/ Michael A. Sirignano*
By: _____
      Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
*Counsel for Plaintiffs*

GARY TSIRELMAN, P.C.

By: _____
      Gary Tsirelman, Esq.
      Nicholas Bowers, Esq.
129 Livingston Street – 2nd & 3rd Floors
Brooklyn, NY 11201
*Counsel for Defendants*